**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Benjamin William Vandewarker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 4:13-cv-070 |
| Defendant. | ) | |

Before the court are motions for attorneys T. Christopher Pinedo and Robert C. Hilliard to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Pinedo and Hilliard have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 6 and 7) are **GRANTED**. Attorneys T. Christopher Pinedo and Robert C. Hilliard are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge