**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Benjamin William Vandewarker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc. | ) | |
| | ) | Case No. 4:13-cv-070 |
| Defendant. | ) | |

Before the court is the motion for attorney Steven J. Adams to appear *pro hac vice* on behalf of defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Steven J. Adams has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 22) is **GRANTED**. Attorney Steven J. Adams is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 27th day of November. 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge