# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Benjamin William Vandewarker, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING STIPULATION** |
| ) | **TO EXTEND DEADLINES** |
| vs. ) | |
| ) | |
| Continental Resources, Inc., ) | |
| ) | Case No. 4:13-cv-070 |
| Defendant. ) | |

Before the court is a stipulation to extend discovery deadlines filed May 12, 2014. The court **ADOPTS IN PART** the stipulation (Docket No. 24) **ORDERS** the existing Scheduling/Discovery Plan **AMENDED** as requested in the proposed Scheduling/Discovery Plan, except as to the proposed dispositive motions deadline, as follows:

1. The parties shall have until <u>August 1, 2014</u> to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff by <u>July 2, 2014</u>.

    Defendant by <u>July 30, 2014</u>.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until <u>September 2, 2014</u> to complete discovery depositions of expert witnesses.

4. The parties shall have until May 30, 2014 to move to join additional parties.

5. The parties shall have until May 30, 2014 to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be May 30, 2014.

6. The parties shall have until May 30, 2014 to file other nondispositive motions (e.g., consolidation, bifurcation).

7. The parties shall have until May 30, 2014 to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

8. The parties shall have until September 2, 2014 to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 14th day of May, 2014.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court