# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| Benjamin William Vandewarker, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Continental Resources, Inc., | ) | Case No. 4:13-cv-070 |
| Defendant. | ) | |

On September 2, 2014, the parties filed a "Stipulation to Extend Deadlines." On September 5, 2014, the court held a status conference with the parties discuss their proposed deadlines and to select a new trial date. Pursuant to its discussion with the parties, the court **ADOPTS** the parties' stipulation (Docket No. 26) and orders that the pretrial deadlines be amended as follows:

1. The parties shall have until October 30, 2014 to complete fact discovery and to file discovery motions.

2. Expert reports under Rule 26(a)(2) shall be exchanged as follows:

   Plaintiff by September 30, 2014

   Defendant by September 30, 2014

3. The parties shall have until December 1, 2014, to complete discovery depositions of expert witnesses.

4. The parties shall have until September 30, 2014, to move to join additional parties.

5. The parties shall have until September 30, 2014, to move to amend pleadings to add claims of defenses, including claims for punitive damages.

6. The parties shall have until September 30, 2014, to file other nondispositive motions

1

(e.g. consolidation, bifircation).

7. The parties shall have until September 30, 2014, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

8. The parties shall have until December 1, 2014, to file other dispositive motions (summary judgment as to all or part of the case.).

The final pretrial conference set for December 30, 2014, shall be rescheduled for April 14, 2015, at 1:30 p.m. via telephone conference call to be initiated by the court. The trial set for January 12, 2015, shall be rescheduled for April 27, 2015, at 9:30 a.m. in Bismarck before Judge Hovland (5 days).

**IT IS SO ORDERED.**

Dated this 8th day of September, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court